United States District Court
Southern District of Texas
**ENTERED**
December 12, 2016
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

UNITED STATES OF AMERICA
                Plaintiff

v.                                      Case No.: 5:16–po–10115
                                      Magistrate Judge J Scott Hacker

Jose Eduardo Morales
                Defendant

---

### JUDGMENT

On **December 12, 2016**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 45 days confinement.

A $10.00 cost assessment is imposed.

DONE at Laredo, Texas, on **December 12, 2016**.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE